**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| Martha Tydeman-Bibat,<br><br>    Plaintiff,<br><br>v.<br><br>Erica L. Brachfeld, P.C.,<br><br>    Defendant. | Case No. 10-cv-420-AWI-SKO<br><br>JUDGE: Hon. Anthony W. Ishii<br><br>**(proposed) ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Upon review of the Parties' Stipulation of Dismissal, this cause is hereby dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   February 4, 2011              _____
                                      CHIEF UNITED STATES DISTRICT JUDGE